Your Name: Eugene Hart Jr
Your Address: #166 Turk st. S.F., Ca 94102
Phone Number: (510) 418-5207
Email Address: eugenehartjr@gmail.com
Pro Se Plaintiff

FILED NP IFP
SEP 01 2026
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Eugene Hart Jr.
Plaintiff,

v.

Vital Records of Office
Defendant.

Case Number [leave blank] CV26 9442

COMPLAINT

DEMAND FOR JURY TRIAL

Yes ☒ No ☐

## I. PARTIES

1. Plaintiff. [Write your name, address, and phone number. Add a page for additional plaintiffs.]

Name: Eugene Hart Jr.
Address: #166 Turk st. Apt. 24 San Francisco, Ca. 94102
Telephone: (510) 418-5207

2. Defendants. [Write each defendant's full name, address, and phone number.]

Defendant 1:
Name: Lynette Lewis
Address: #2000 Mt. Wilson Ct. Antioch, Ca. 94531
Telephone: (925) 777-0332

Defendant 2:

Name: Robert Lee Hart

Address: #7000 Mt. Wilson Ct. Antioch, Ca. 94531

Telephone: (925) 7770332

Defendant 3:

Name: (Equipto) Inshia Satto / Francis Quintillian

Address:

Telephone:

## II. JURISDICTION

Usually only two types of cases can be filed in federal court, cases involving "federal questions" and cases involving "diversity of citizenship." Check at least one box.

3. My case belongs in federal court

☐ under federal question jurisdiction because it involves a federal law or right.

Which federal law or right is involved?

Need To Be Changed, Documents & Rules & Laws

☐ under diversity jurisdiction because none of the plaintiffs live in the same state as any of the defendants and the amount of damages is more than $75,000.

## III. VENUE

The counties in this District are: Alameda, Contra Costa, Del Norte, Humboldt, Lake, Marin, Mendocino, Monterey, Napa, San Benito, Santa Clara, Santa Cruz, San Francisco, San Mateo, or Sonoma. If one of the venue options below applies to your case, this District Court is the correct place to file your lawsuit. Check the box for each venue option that applies.

4. Venue is appropriate in this Court because:

☐ a substantial part of the events I am suing about happened in this district.

☐ a substantial part of the property I am suing about is located in this district.

☒ I am suing the U.S. government, federal agency, or federal official in his or her official capacity and I live in this district.

[X] ~~at~~ least one defendant is located in this District and any other defendants are located in California.

## IV. INTRADISTRICT ASSIGNMENT

This District has three divisions: (1) San Francisco/Oakland (2) San Jose; and (3) Eureka-McKinleyville. First write in the county in which the events you are suing about happened, and then match it to the correct division. The San Francisco/Oakland division covers Alameda, Contra Costa, Marin, Napa, San Francisco, San Mateo, and Sonoma counties. The San Jose division covers Monterey, San Benito, Santa Clara, Santa Cruz counties. The Eureka-McKinleyville division covers Del Norte, Humboldt, Lake, Mendocino counties, only if all parties consent to a magistrate judge.

5. Because this lawsuit arose in SF/Oakland County, it should be assigned to the San Francisco Co. Division of this Court.

## V. STATEMENT OF FACTS

Write a short and simple description of the facts of your case. Include basic details such as <u>where</u> the events happened, <u>when</u> things happened and <u>who</u> was involved. Put each fact into a separate, numbered paragraph, **starting with paragraph number 6.** Use more pages as needed.

In this case, there are the wrong persons Writting & originated the Birth/Death Certificate. I believe the Defendants Altered and Changed the Original peoples in Whom are stated in the Certificate og Lable "Certified Copies" is the Problem. I dispute the language used and the Definition & Meaning of the Words being used.

I'm in dispute of the claims that got hold of all my families Sensitive personal information Took property, Replacing the Real original People in Whom it Really is. There's identity-Theft and false claims. "Breached" information of everyone on all my families Certificates. The vital information entered into the Records in which I don't feel the Doctor or Physician is Not qualified nor should it be Certified of my own info. It was an illegal unpermitted Breach and Taking of benefits. I dispute the Registered Agents and Representations as my Family or Trusted Substitute Sources. The Certificates Need Emended.

## VI. CLAIMS

**First Claim**

Name the law or right violated:

Breached law that is "Rule of law"

Name the defendants who violated it:

Toni Lopez, Lynette Lewis & Francus Quintilliam

Explain briefly here what the law is, what each defendant did to violate it, and how you were harmed. You do not need to make legal arguments. You can refer to your statement of facts.

Defendants claims an illegal Breached law The Rule of law is Meritless and becomes an Fraud on To the courts and legal systems. There Trying To claim ownership over the People in whom has been abused By doing it in Secrecy. Threatening the legal claims Which is my Rights with Vernon Gains, Cholong Dunan Fields, Peter Fields, Gary Hart, Ronald Clark up To 50 different State laws that are all conflicting. A Bad breach that should be a crime.

"Breach" Claim

Name the law or right violated: Rule of Law "Breached" & forced unlawfully

Name the defendants who violated it: Micheal Punzel; Tashawn Boston Vernon Caaing; Duwan Fields; Deonte Broussard et.

Explain briefly here what the law is, what each defendant did to violate it, and how you were harmed. You do not need to make legal arguments. You can refer to your statement of facts.

Moorse law or Nexus Lexis Laws that should be in question & Challenged. The people claimed my legal Rights and had Reserved my currency. Recreating my creation leaving me out for the most part. I'm seeking To Take back my full identity and personal info & protect my own money & data that has been sold and exchanged Among. Theres many other issues that came with it of infringement of Copyright, Patents and Trade marks.

**VII. DEMAND FOR RELIEF**

State what you want the Court to do. Depending on your claims, you may ask the Court to award you money or order the defendant to do something or stop doing something. If you are asking for money, you can say how much you are asking for and why you should get that amount or describe the different kinds of harm caused by the defendant.

I ask the courts To Restore the Birth Death Certificates Back To itself. without errors or Altered or should Be Void and Cancelled Want the defendants To stop committing False and fraudulent claims.

**VIII. DEMAND FOR JURY TRIAL**

Check this box if you want your case to be decided by a jury, instead of a judge, if allowed.

[X] Plaintiff demands a jury trial on all issues.

Respectfully submitted,

Date: 08/30/26 Sign Name: Eugene Hart Jr.

Print Name: Eugene Hart Jr.

Copy this page and insert it where you need additional space.

To end, the sad part of all of it is I didn't Know Why I was experiencing what I was going through. Spying on me, gangstalked, Mocked and Teased By strangers. My privacy invaded and everyone Talking about my Personal Private Affairs. People Treating me as a immigrant or a baby, and as if I can't speak for myself. The issue was that someone Took my Birth Certificate and Altered it and Created things I disagree with and don't like. People Treating me wrong for no reason and no on explained anything To me. I want every one that's not supposed To be on the Certificate Off of the Certificates. Don't Want any New family or friends.